UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LATONYA EASLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3 09 0479 |
| v. | ) (No. 3:09mc0028) |
| | ) Judge Echols |
| THE UNITED STATES OF AMERICA, | ) |
| ET AL., | ) |
| | ) |
| Defendants. | ) |

### ORDER

The plaintiff, a resident of Gallatin, Tennessee, brings this *pro se* action alleging breach of contract. The plaintiff has submitted an application to proceed *in forma pauperis*.

It appears from the plaintiff's application that she cannot afford to pay the filing fee. Therefore, the Clerk will **FILE** the complaint *in forma pauperis*. 28 U.S.C. § 1915(a).

As provided in the memorandum entered contemporaneously herewith, the plaintiff's complaint is **DISMISSED** as frivolous. 28 U.S.C. §§ 1915(e)(2)(B)(i). Because an appeal from the judgment rendered herein would **NOT** be taken in good faith, the plaintiff is **NOT** certified to pursue an appeal from this judgment *in forma pauperis*. 28 U.S.C. § 1915(a)(3).

Entry of this Order shall constitute the judgment in this action.

It is so **ORDERED.**

Robert L. Echols
United States District Judge